UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS R. ROSA,

                            Plaintiff,

            -v-                                        CIVIL ACTION NO. 25 Civ. 7245 (PAE) (SLC)

                                                                   **ORDER**

PARK AVENUE SOUTH MANAGEMENT LLC, et al.,

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's response to the Order to Show Cause at Dkt. No. 9.

Because Plaintiff consented to the dismissal of Defendants Rosario and Anibelca Doe, Defendants

Rosario and Anibelca Doe are DISMISSED from this action WITHOUT PREJUDICE pursuant to

Federal Rule of Civil Procedure 41(a)(2).

Dated:      New York, New York
            December 18, 2025

                                                       SO ORDERED.

                                                       _____
                                                       SARAH L. CAVE
                                                       **United States Magistrate Judge**