UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS R. ROSA,

                    Plaintiff,

    -v-

PARK AVENUE SOUTH MANAGEMENT LLC,

                    Defendant.

CIVIL ACTION NO. 25 Civ. 7245 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the fully briefed motion to dismiss (Dkt Nos. 16–18 (the "MTD"), 26–28) and Defendant's request for oral argument on the MTD (Dkt. No. 29).  The request is GRANTED and an **in-person** oral argument on the MTD is scheduled for **Wednesday, April 29, 2026 at 11:00 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York.  Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order form no later than four (4) business days before the conference.  The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

The Clerk of the Court is respectfully directed to close Dkt. No. 29.

Dated:        New York, New York
              March 24, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2