# THE SAMUEL LAW FIRM

### ATTORNEYS AT LAW

1441 BROADWAY – SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.thesamuellawfirm.com

**ANDREW D. BERESIN**
andrew@thesamuellawfirm.com

ADMITTED IN
NY

April 28, 2026

***Via ECF & E-Mail***
The Hon. Sarah L. Cave
United States District Court –
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> The Court is in receipt of Plaintiff's request at Dkt. No. 31. The Oral Argument scheduled for April 29, 2026 at 11:00 a.m. is ADJOURNED sine die. The Court will issue a report and recommendation on the Motion to Dismiss (Dkt. No. 16) in due course.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 31.
>
> SO ORDERED    4/29/26
>
> SARAH L. CAVE
> United States Magistrate Judge

### Re: *Carlos R. Rosa v. Park Avenue South Management LLC et al.*
### Case No. 25-cv-7245-PAE-SLC

Dear Judge Cave:

We represent the plaintiff, Carlos Rosa ("Plaintiff"), in the above-referenced matter and respectfully submit this letter to the Court with the consent of the defendant, Park Avenue South Management LLC ("Defendant"), pursuant to Rule 1.D. of Your Honor's Individual Practices in Civil Cases, to request that tomorrow's oral argument scheduled for 11 a.m. be adjourned to a later date.

Plaintiff regrets the belated timing of this request and any resulting inconvenience to the Court and Defendant. This is the first such request for adjournment and the present request is necessitated by a conflict in the undersigned's in-person appearance calendar tomorrow morning. The parties are available on May 19, 20 or 21, should the Court adjourn tomorrow's oral argument.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Andrew D. Beresin*
Andrew D. Beresin, Esq.

THE SAMUEL LAW FIRM
*Attorneys for Plaintiff*

Cc: *(VIA ECF)*
James M. Lemonedes, Esq.
Jordan E. Pace, Esq.
*Attorneys for Defendant*