UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS R. ROSA,

                        Plaintiff,

            -against-

PARK AVENUE SOUTH MANAGEMENT
LLC.,

                        Defendant.

25 CIVIL 7245 (PAE)(SLC)

## JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated May 26, 2026, the Court dismisses, with prejudice, the Complaint's FLSA claim; and dismisses, without prejudice, all other claims in the Complaint; accordingly, the case is closed.

**Dated:**    New York, New York

        May 27, 2026                                **TAMMI M. HELLWIG**

                                                    _____
                                                            **Clerk of Court**

                                **BY:**

                                                    _____
                                                            **Deputy Clerk**